```
IT IS SO ORDERED:

                                    _____
                                    David N. Hurd
                                    United States District Judge

                          Dated:    June 15, 2017
                                    Utica, NY
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST )
d/b/a MIJAC MUSIC; HOUSE OF CASH, INC.; )
UNIVERSAL-SONGS OF POLYGRAM )
INTERNATIONAL, INC.; WARNER-TAMERLANE )
PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO )
SURRENDER MUSIC, A DIVISION OF PRAXIS )
INTERNATIONAL COMMUNICATIONS, INC.; RIO )
BRAVO MUSIC, INC.; FOURTEENTH HOUR MUSIC )
INC.; SPRINGTIME MUSIC, INC., )
                                            )
                    Plaintiffs,             )
                                            ) Civil Action No.
          v.                                ) 6:17-cv-00112-DNH-TWD
                                            )
JAMES T. PATE, individually and d/b/a CROSSROADS )
TAVERN,                                     )
                                            )
                    Defendant.              )
_____

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs, through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss with prejudice all claims against the Defendant. All attorneys' fees, costs of court and expenses are borne by the party incurring the same. No answer or other responsive pleadings has been filed by the Defendant.

Dated: June 13, 2017

                              HARRIS BEACH PLLC

                              By: *s/Neal L. Slifkin*
                                  Neal L. Slifkin; Bar Roll No. 507799
                              *Attorneys for Plaintiffs*
                              99 Garnsey Road
                              Pittsford, New York 14534
                              Telephone: 585-419-8800
                              Facsimile: 585-419-8801
                              *nslifkin@harrisbeach.com*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

BROADCAST MUSIC, INC.; MJ PUBLISHING TRUST d/b/a MIJAC MUSIC; HOUSE OF CASH, INC.; UNIVERSAL-SONGS OF POLYGRAM INTERNATIONAL, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, A DIVISION OF PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; RIO BRAVO MUSIC, INC.; FOURTEENTH HOUR MUSIC INC.; SPRINGTIME MUSIC, INC.,

          Plaintiffs,

v.

JAMES T. PATE, individually and d/b/a CROSSROADS TAVERN,

          Defendant.

Civil Action No.
6:17-cv-00112-DNH-TWD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2017, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the District Court using the CM/ECF system and served the same via United States Postal Service First Class Mail, postage prepaid, on the following:

    Keith B. Caughlin, Esq., Schwerzmann & Wise, P.C.
    *Attorneys for Defendant*
    137 Main Avenue, P.O. Box 704
    Watertown, New York 13601

                        HARRIS BEACH PLLC

                        By: *s/Neal L. Slifkin*
                             Neal L. Slifkin
                        *Attorneys for Plaintiffs*
                        99 Garnsey Road
                        Pittsford, New York 14534
                        Telephone: 585-419-8800
                        Facsimile: 585-419-8801
                        nslifkin@harrisbeach.com